EDWARD E. POOLE
        Plaintiff(s)
    v.
CARTERETT COUNTY SHERIFF'S DEPARTMENT; ACEA BUCK; DETECTIVE COOPER; J. JOHNSON; DETECTIVE PHIFER; J. PITTMAN; J. WILLIS; TRAVIS SANDERSON
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3215-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on May 10, 2011, with service on:
Edward E. Poole 0326430, Pasquotank Correctional Center, 527 Commerce Drive, Elizabeth City, NC 27906 (via U.S. Mail)

May 10, 2011

/s/ Dennis P. Iavarone
Clerk